**Electronically Filed
Supreme Court
SCOT-16-0000634
18-JAN-2019
12:57 PM**

SCOT-16-0000634

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

IN RE HERBERT HOLT KAUAHI, Petitioner.

ORIGINAL PROCEEDING

ORDER DISMISSING REQUEST FOR RELIEF

(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Herbert Holt Kauahi's request for relief, filed on January 9, 2019, the supporting documents and submissions, and the record, it appears that, under the facts and circumstances of this matter, this court does not have jurisdiction to provide petitioner the relief he seeks related to his claim to the Land Trust of Kamehameha III. See HRS § 602-5 (2016). Accordingly,

IT IS HEREBY ORDERED that the request for relief is dismissed.

DATED: Honolulu, Hawaiʻi, January 18, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

